

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ALONSO ISRRAEL ROEL, | § | No. 08-19-00243-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D05402) |
| | § | |

# **O R D E R**

The Court GRANTS Angie Morales' request for an extension of time within which to file the Reporter's Record until **February 8, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Angie Morales, Official Court Reporter for Criminal District Court No. 1 for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before February 8, 2020.

IT IS SO ORDERED this 13th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.